IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

NATALIE M. BROCKS,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant

No. C13-0061

ORDER GRANTING APPLICATION
FOR ATTORNEY FEES

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 22) filed by the Plaintiff on October 13, 2014, and the Response (docket number 23) filed by the Defendant on October 27. Plaintiff requests the Court to order attorney fees in the amount of $9,760.69. According to the response, "plaintiff and defendant have agreed to an award of EAJA fees and expenses in the amount of $8,000.00." The Court finds the application should be granted, and the lower amount stated in the response should be awarded.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 22) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Eight Thousand Dollars ($8,000.00) to be paid by the Social Security Administration.

DATED this 27th day of October, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA